LONG ISLAND R. CO., Appellant, v. GARVEY, Respondent. (Supreme Court, Appellate Division, Second Department. October 13, 1896.) Action by the Long Island Railroad Company against Bernard F. Garvey. No opinion. Motion to dismiss appeal denied, with $10 costs.

LORD v. NEW YORK EL. R. CO. (Supreme Court, Appellate Division, First Department. November 13, 1896.) Action by John T. Lord against the New York Elevated Railroad Company. M. W. Gallway, for appellant. W. R. Page, for respondent. No opinion. Judgment affirmed on the defendant's appeal. Judgment affirmed on the plaintiff's appeal. PATTERSON, J., dissenting on the ground that the amount awarded for fee damages is not sufficient. No costs to either party.

LOVE v. SEXTON. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Henry M. Love, as receiver, against John B. Sexton. No opinion. Motion granted with $10 costs.

LUDLOW. Respondent, v. JOHNSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1896.) Action by James B. Ludlow against Dorothy H. G. Johnson and Genie H. Rosenfeld. 38 N. Y. Supp. 1146. Fettretch, Silkman & Seybel, for appellants. Henry C. Bryan, for respondent.

PER CURIAM. No objection to this judgment raised by the appellants is of sufficient dignity to require or even justify discussion. If the assignment of his share of the mortgage was improperly obtained from Thomas W. Ludlow by the plaintiff, it was of no concern to the defendants. The assignment was not void, but simply voidable, and voidable only at the election of Thomas W. Ludlow or his personal representatives. The action was properly brought by the plaintiff. The assignment vested in him the whole legal title to the mortgage, and, if any trust was created by the assignment, it was not in the mortgage, but in the moneys realized from the mortgage. The judgment appealed from should be affirmed, with costs.

LYNCH et al., Appellants, v. SANDERS, Respondent. (Supreme Court, Appellate Division, Third Department. October 2, 1896.) Action by Daniel Lynch and another against William Sanders. No opinion. Motion for reargument granted, without costs. See 40 N. Y. Supp. 594.

MAAS, Respondent, v. CUNARD S. S. CO., Limited, Appellant. (City Court of New York, General Term. October 30, 1896.) Action by Henry Maas against the Cunard Steamship Company, Limited. Lord, Day & Lord, for appellant. Mashbir & Cukor, for respondent.

FITZSIMONS, J. The plaintiff recovered a judgment against the defendant for the value of certain baggage lost by the defendant. The plaintiff resides in Brooklyn, and the cause of action arose there. The defendant is a foreign corporation, and was served with the summons and complaint in this city. Upon this appeal, the defendant contends that the court has no jurisdiction herein. In making this claim, we think the defendant is in error. The cause of action arose within this state. Plaintiff is a resident of this state, and defendant was served with process in this city. Under such circumstances (see section 1780 of the Code of Civil Procedure), this court has jurisdiction herein. The judgment must be affirmed, with costs. VAN WYCK, C. J., concurs.

McCABE et al., Respondents, v. SCOTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Frank L. McCabe and John B. McCabe, against Allen D. Scott, as receiver, etc. No opinion. Judgment affirmed, with costs. All concur.

McCONE v. GALLAGHER. (Supreme Court, Appellate Division, First Department. November 20, 1896.) Action by Alexander C. McCone against Patrick Gallagher. No opinion. Motion granted upon payment of $20 costs. See 39 N. Y. Supp. 1128.

McCREADY, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June, 1896.) Action by Nathaniel L. McCready against the Manhattan Railway Company and others. No opinion. Judgment modified by reducing fee damage to $2,000, rental damage to $700, and extra allowance to $135; and, as modified, affirmed, without costs.

McCULLOCH, Respondent, v. McCULLOCH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Martha McCulloch against J. Ashley McCulloch and others. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

MACFARLANE, Respondent, v. CASS, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1896.) Action by Peter MacFarlane against Charles W. Cass. H. A. Taylor, for appellant. D. H. Lyon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McGUIRK, Appellant, v. HOUGH, Respondent. (Supreme Court, Appellate Division, Third Department. October 2, 1896.) Action by Mary McGuirk against Isaac Hough. No opinion. Judgment affirmed, with costs. All concur.

MACKAY, Appellant, v. DANZIG, Respondent. (Supreme Court, Appellate Division, Second Department. December 1, 1896.) Action by Rose Mackay against Abraham A. Danzig. No opinion. Judgment unanimously affirmed, with costs.